**DISMISS and Opinion Filed August 16, 2023**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01359-CV

**REGINALD JAMES NEWSOME, Appellant**
**V.**
**HAROLD LEE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-01942-B**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Garcia, and Kennedy
Opinion by Justice Pedersen, III

The clerk's record in this case is overdue. By letter dated July 17, 2023, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification he (1) had either paid for or made arrangements to pay for the clerk's record, or (2) was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

221359F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

REGINALD JAMES NEWSOME, Appellant

No. 05-22-01359-CV     V.

HAROLD LEE, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-21-01942-B.
Opinion delivered by Justice Pedersen, III. Justices Garcia and Kennedy participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered August 16, 2023